| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 15-5236-JFW (JCx)** | Date: May 27, 2016 |

Title:     Chic Little Devil, LLC -v- Kate Bedrick, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Cheryl Wynn<br>Relief Courtroom Deputy | None Present<br>Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER

   Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on September 22, 2015, the parties were ordered to submit a Pre-Trial Conference Order and file Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by May 26, 2016. The parties have violated the Court's Order by failing to file the required Pre-Trial Documents.

   As a result of the parties' violations of the Court's Order, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-988 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pre-Trial Conference scheduled for June 3, 2016 and the trial scheduled for June 21, 2016 are hereby **VACATED.**

IT IS SO ORDERED.